UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 10-10264-RGS

UNITED STATES OF AMERICA

v.

MICHAEL DAVID SCOTT

ORDER ON DEFENDANT'S
MOTION FOR A CERTIFICATE OF APPEALABILITY

June 9, 2021

STEARNS, D.J.

On May 24, 2021, petitioner Michael David Scott appealed the court's Order denying his motion to vacate his sentence pursuant to 28 U.S.C. § 2255. Scott now asks the court to issue a Certificate of Appealability asserting that the court's Order is "an abuse of discretion and clearly erroneous." Dkt #652. Pursuant to 28 U.S.C. § 2253, the motion is DENIED, the court seeing no meritorious or substantial basis for an appeal.

                    SO ORDERED.

                    /s/ Richard G. Stearns
                    UNITED STATES DISTRICT JUDGE